IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STUART C. IRBY COMPANY                                    **PLAINTIFF**

vs.                                    Civil Action No.  4:12-cv-550-JMM

CENTRAL INDUSTRIAL ELECTRIC                              **DEFENDANTS**
COMPANY, INC.;
JAMES D. EDWARDS, individually.

### JUDGMENT

The parties to this action have agreed that the Plaintiff shall dismiss this action against

Defendant James D. Edwards in his individual capacity with prejudice in exchange for a full and

complete judgment against Defendant Central Industrial Electric Company, Inc. for all damages

alleged in the Plaintiff's First Amended Complaint. Therefore, the Court, acknowledging that

the parties to this action have agreed upon this Judgment, orders that all claims by Plaintiff

against James D. Edwards in his individual capacity are hereby dismissed with prejudice and that

Defendant Central Industrial Electric Company, Inc. is liable to Plaintiff Stuart C. Irby Company

for the following:

    (1)    a principal amount of $56,681.62;

    (2)    monthly service charges of 1.5% per month accruing from the due date of each
            component of the principal amount as reflected in the invoices attached as Exhibit
            A to the First Amended Complaint until each component is paid in full; accrued
            service charges as of March 25, 2013 are $24,942.59;

    (3)    attorneys' fees, costs and expenses (the "Collection Costs") the Plaintiff has and
            will incur to collect the principal amount and service charges; the reasonable and

necessary Collection Costs that the Plaintiff has incurred as of March 25, 2013 is $9,457.42; and

(4)     post-judgment interest calculated at the applicable federal post-judgment interest rate of 0.15% per annum applied from the date of entry of this Judgment until each of the amounts detailed by this Judgment are fully paid.

SO ORDERED AND ADJUDGED this the ___1___ day of ___April___, 20 13 .

_____
U.S. DISTRICT COURT JUDGE

AGREED TO BY:

_____
Geoffrey B. Treece
QUATTLEBAUM, GROOMS, TULL & BURROW, PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
*Attorney for the Defendants*

_____
Brian C. Kimball
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
*Attorney for the Plaintiff*